UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(SPARTANBURG DIVISION)

| | |
|---|---|
| GETTYS BRYANT MILLWOOD, et. al.,  )<br> Plaintiff,                                            )<br>                                                    )<br>v.                                              )<br>                                                    )<br>STATE FARM LIFE INSURANCE COMPANY,   )<br>Defendant/Respondent.                )<br>                                                    ) | Case No. 7:19-cv-01445-dcc<br><br>**Motion**<br>**in Support of**<br>*Pro Hav Vice* **Application** |

     The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that _____John E. Stephenson_____ be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).
   - ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; **X** does not intend to oppose
   - ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
   _____
   _____
   - ☐ No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Boulier Thompson & Barnes_____ | _____Perry D. Boulier_____ |
| Firm Name | Name of Local Counsel |
| P.O. Box 6470_____ | _s/Perry D. Boulier_____ |
| Street Address or Post Office Box | Signature of Local Counsel |
| Spartanburg, SC 29304_____ | Local Counsel for the Defendant_____ |
| City, State, Zip Code | |
| (864) 606-1090_____ | District of South Carolina |
| Telephone Number | Federal Bar Number ____1008_____ |
| pboulier@btblawfirm.com_____ | |
| E-Mail Address | revised 09/19/05 |