**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(SPARTANBURG DIVISION)**

GETTYS BRYANT MILLWOOD, et. al,           )
Plaintiff,                                )          **Case No. 7:19-CV-01445-DCC**
                                          )
v.                                        )          **Application/Affidavit for**
                                          )          ***Pro Hac Vice* Admission**
STATE FARM LIFE INSURANCE COMPANY,        )
Defendant/Respondent.                     )
_____     )

(1)    Name.  John E. Stephenson, Jr._____
                       First                    Middle                    Last

(2)    Residence. I reside in the following state: _Georgia_____
       If a South Carolina resident, indicate months/years of residence: _____

(3)    Business Address. I am an attorney and practice law under the name of or as a member of the
       following firm:

       Firm name: _Alston & Bird LLP_____
       Mailing address: 1201 West Peachtree Street, Ste. 4900_ City/State/Zip: Atlanta, GA 30309-3424
       Telephone number: _(404) 881-7697_____
       Facsimile number: _(404) 881-7777_____
       E-mail address: _john.stephenson@alston.com_____
       (Application will not be considered without an e-mail address to receive electronic notification.)

(4)    Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to
       comply with the applicable statutes, laws, and rules of the State of South Carolina, with all
       applicable federal statutes, laws, and rules, including Local Rules of the United States District
       Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local
       Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the
       District of South Carolina in all matters of attorney conduct.[1]

(5)    Regular Practice of Law. I am a member in good standing of the bar of the highest court of the
       District of Columbia or the State of _Georgia_ where I regularly practice law. **Attached is my
       certificate of good standing.**

(6)    Additional Bar Membership. I have been admitted to practice before the following courts: (List all
       of the courts Applicant has been admitted to practice before: United States District Courts; United
       States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other
       states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good
       standing of each of the listed bars unless otherwise noted.

_____

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules
of procedure and related materials may be obtained.

| Court | Date Admitted | Good Standing | |
|---|---|---|---|
| State Bar of Georgia | 1984 | ☒Yes | ☐No |
| US Court of Appeals, Eleventh Circuit | 1988 | ☒Yes | ☐No |
| US District Court, Northern District of Georgia | 1985 | ☒Yes | ☐No |
| US District Court, Middle District of Georgia | 1993 | ☒Yes | ☐No |

(7)     Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐Yes  ☒No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____

_____

(8)     Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____

_____

(9)     Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐Yes  ☒No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____

_____

(10)    Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐Yes  ☒No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____

_____

(11)    Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐Yes  ☒No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____

_____

(12)  Designated Local Counsel. Local counsel of record associated with Applicant in this case is:

Attorney Name: Perry D. Boulier

Firm Name: Boulier Thompson & Barnes, LLC

Street Address or Post Office Box: P.O. Box 6470

City, State, and Zip Code: Spartanburg, SC 29304

Telephone Number: 864-606-1090

E-Mail Address: pboulier@btblawfirm.com

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13)  Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

Joshua Thompson, Jeremy A. Root, Todd A. Noteboom, Cari K. Dawson, Tiffany L. Powers, and Courtney Harrison

(14)  Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15)  Electronic Notification. By submitting this application, I consent to electronic notification.

(16)  Represented Party/Parties. I seek to represent the following party/parties:

State Farm Life Insurance Company

(17)  I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

Signature of Applicant

**Sworn to and subscribed before me**
this _2nd_ day of _September_, 20_21_.

A Notary Public
of the State of _Georgia_

My Commission expires: _August 18, 2024_



𝕾upreme 𝕮ourt
𝕾tate of 𝕲eorgia
STATE JUDICIAL BUILDING
Atlanta 30334

August 31, 2021

I hereby certify that John E. Stephenson, Jr., Esq., was admitted on the 20th day of

February, 1985, as a member of the bar of the Supreme Court of Georgia, the highest

court of this State; and, since that date he has been and is now a member of this bar in

good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court

hereto affixed the day and year first above written.



_____, Clerk