**Chief Judge
S. Thomas Anderson**

magistrate Judge
Jon A. York

Case #: 22-1031

millwood et al.,
v. State Farm life
Insurance Company