IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 1:22-cv-01031-STA-jay |

**ORDER DIRECTING PARTIES TO FILE PROPOSED STIPULATED SCHEDULE
AND STATUS REPORT**

On May 17, 2019, Plaintiff John Baker McClanahan, Personal Representative of the Estate of Melissa Buchanan, filed a Class Action Complaint in the United States District Court of the District of South Carolina. Plaintiff alleged claims against Defendant State Farm Life Insurance Company on behalf of

> a class of South Carolina and Tennessee consumers who own or owned a Subject Policy and who have been forced to pay unlawful and excessive cost of insurance ("COI") charges to State Farm or its predecessors in interest (the "Classes"). Defendant has caused material harm to Plaintiffs and the Classes by improperly computing the COI charges, thereby diminishing the value of the Subject Policies.

Class Action Compl. ¶ 2 (ECF No. 1). On February 18, 2022, the District Court granted Defendant's consent motion to sever the claims (ECF No. 161) and transfer the claims of John Baker McClanahan and the claims on behalf of the putative class of Tennessee policy holders to this Court. As part of the order granting the consent motion, the parties agreed to a number of

1

stipulations, including the following: "The parties will meet and confer regarding a stipulated schedule for the filing of a class certification motion on behalf of the proposed Tennessee Class, summary judgment, *Daubert* motions, pre-trial proceedings, and trial after the Buchanan Action is transferred and assigned." Order, ex. A, Stipulations ¶ 8 (ECF No. 161).

In light of their previous agreement, the parties are directed to file their proposed stipulated schedule. Once the Court receives their proposal, the Court will decide whether to set a scheduling conference. The parties should also file a separate status report updating the Court on any issues of which the Court should be aware, including a list of any pending motions that were filed in U.S. District Court in South Carolina and any other outstanding issues the Court needs to consider. The parties' proposed schedule and status report is due within 28 days of the entry of this order.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: February 28, 2022