*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| --- |
| JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN |
| Defendant |
| STATE FARM LIFE INSURANCE COMPANY |

| Case Number | Judge |
| --- | --- |
| 1:22-cv-01031-STA-jay | S. Thomas Anderson |

I, __LARRY D. LAHMAN_____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of __Plaintiff_____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| See listing attached hereto | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Lahman | Larry | D. |

| Applicant's Firm Name |
|---|
| Mitchell DeClerck |

| Applicant's Address | Room/Suite Number |
|---|---|
| Residence: 1522 W. Southgate Rd.   Office 202 West Broadway | |

| City | State | Zip Code |
|---|---|---|
| Enid | OK | 73701 |

| Applicant's Email Address |
|---|
| larry.lahman@sbcglobal.net |

| Applicant's Phone Number(s) |
|---|
| 580-747-3114 |

Certificate of Consultation

I hereby certify that movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in this motion.

| Date | Electronic Signature of Applicant |
|---|---|
| March 23, 2022 | s/ Larry D. Lahman |

| | | | |
|---|---|---|---|
| **U.S. District Court for the Western District of Oklahoma** | 2639 | July 26, 1973 | Active |
| **U.S. District Court for the Eastern District of Oklahoma** | 5166 | March, 2016 | Active |
| **U.S. District Court for the Northern District of Oklahoma** | 5166 | June 11, 1984 | Active |
| **Oklahoma Supreme Court** | 5166 | May, 1973 | Active |
| **Oklahoma State Bar** | 5166 | February, 1973 | Active |

## FOR LARRY D. LAHMAN

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted | Status with Court (active, retired, etc.) |
|---|---|---|---|
| Supreme Court of the United States | n/a | July 30, 1979 | Active |
| U.S. Court of Appeals, District of Columbia Circuit | 54993 | August 30, 2013 | Active |
| U.S. Court of Appeals Federal Circuit | n/a | May 22, 2014 | Active |
| U.S. Court of Appeals, 3rd Circuit | n/a | May 12, 2014 | Active |
| U.S. Court of Appeals, 4th Circuit | n/a | May 12, 2014 | Active |
| U.S. Court of Appeals, 5th Circuit | n/a | May 15, 2014 | Active |
| U.S. Court of Appeals, 6th Circuit | n/a | May 12, 2014 | Active |
| U.S. Court of Appeals, 7th Circuit | n/a | Sept 5, 2014 | Active |
| U. S. Court of Appeals, 8th Circuit | n/a | April 30, 2014 | Active |
| U.S. Court of Appeals, 9th Circuit | n/a | April 29, 2014 | Active |
| U.S. Court of Appeals, 10th Circuit | n/a | July 3, 1979 | Active |
| U.S. Court of Appeals, 11th Circuit | n/a | Sept 16, 2013 | Active |

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA    )
                            ) ss.
WESTERN DISTRICT OF OKLAHOMA )

I, *Carmelita Reeder Shinn,* Clerk of the United States District Court for the Western District of Oklahoma,

DO HEREBY CERTIFY That  Larry D. Lahman  , Federal Bar # 2639 , was duly admitted to practice in said Court on  July 26, 1973  , and is in good standing as a member of the bar of the Court.

*CARMELITA REEDER SHINN,* Clerk

Dated at Oklahoma City, Oklahoma

on  March 16, 2022   By:  Ann Baskin
                              Deputy Clerk

Certified Copy
certificate



1:06 pm, Mar 16, 2022
Carmelita Reeder Shinn, Clerk

dl/ Rev 04/22/2014

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, John D. Hadden, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that Larry D. Lahman, of Enid, Oklahoma, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on May 30, 1973, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 17th day of March, 2022.

JOHN D. HADDEN, CLERK
SUPREME COURT OF OKLAHOMA

S-E-A-L

By: *Candace Duncan*