# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>    Defendant. | No. 1:22-cv-01031-STA-jay |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before the Court is the Motion for Admission Pro Hac Vice on behalf of Larry D. Lahman. Upon review of the motion the Court hereby GRANTS the Motion for Admission Pro Hac Vice on behalf of Larry D. Lahman; and Larry D. Lahman is admitted to practice before this Court for the limited purpose of participating in this case on behalf of Plaintiffs.

    **IT IS SO ORDERED**.

                                            **s/ S. Thomas Anderson**
                                            S. THOMAS ANDERSON
                                            CHIEF UNITED STATES DISTRICT JUDGE

                                            Date: March 24, 2022