*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
|---|
| JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN |

| Defendant |
|---|
| STATE FARM LIFE INSURANCE COMPANY |

| Case Number | Judge |
|---|---|
| 1:22-cv-01031-STA-jay | S. Thomas Anderson |

I, Melinda R. Coolidge _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of
Plaintiff _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Attachment A | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Coolidge | Melinda | R. |

| Applicant's Firm Name |
|---|
| Hausfeld LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 888 16th Street, NW | 300 |

| City | State | Zip Code |
|---|---|---|
| Washington | DC | 20006 |

| Applicant's Email Address |
|---|
| mcoolidge@hausfeld.com |

| Applicant's Phone Number(s) |
|---|
| (202) 540-7200 |

Certificate of Consultation

I hereby certify that movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in this motion.

| Date | Electronic Signature of Applicant |
|---|---|
| March 25, 2022 | S/ Melinda R. Coolidge |

Attachment A

Admissions Melinda R. Coolidge

| Admission | Date of Admission |
|---|---|
| Maryland Court of Appeals (Bar ID 20820) | December 16, 2008 |
| District of Columbia Court of Appeals (Bar ID 287467) | October 5, 2009 |
| U.S. District Court - District of Columbia | April 2, 2012 |
| U.S. District Court – District of Maryland | March 15, 2019 |
| U.S. District Court – Western District of New York | March 20, 2018 |
| U.S. Court of Appeals - Second Circuit | January 28, 2014 |
| United States Supreme Court | April 16, 2018 |

 

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## MELINDA COOLIDGE

was, on the <u>2nd</u> day of <u>April</u> A.D. <u>2012</u> admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this <u>25th</u> day of <u>March</u> A.D. <u>2022</u>.



*Angela D. Caesar*
**ANGELA D. CAESAR,** Clerk of Courts

By: *Natalee McClure*
**Deputy Clerk**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Melinda R Coolidge*

was duly qualified and admitted on October 5, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 22, 2022.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.