# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>Defendant. | No. 1:22-cv-01031-STA-jay |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Before the Court is counsel Tiffany Powers's Motion for Admission Pro Hac Vice (ECF No. 182) filed on April 12, 2022. According to the Motion, counsel is a member in good standing of the bar in the United States District Court for the Northern District of Georgia as well as the Georgia Supreme Court. Counsel has attached a certificate of good standing from each court. Having satisfied the requirements for special admission, the Motion is **GRANTED**. Attorney Tiffany Powers is admitted pro hac vice as counsel for Defendant in this matter.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: April 12, 2022

1