United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |  |
|---|---|
| Defendant |  |
| Case Number | Judge |

I, _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Applicant's Firm Name | | |
| Applicant's Address | | Room/Suite Number |
| City | State | Zip Code |
| Applicant's Email Address | | |
| Applicant's Phone Number(s) | | |

## Certificate of Consultation

| | |
|---|---|
| Date | Electronic Signature of Applicant <br> S/ |

Jeremy A. Root Bar Admissions Continued

# **EXHIBIT 1**

| Court Admitted | Date |
|---|---|
| US District Court for the Eastern District of Missouri | 5/26/2010 |
| US District Court for the Eastern District of Wisconsin | 8/19/2005 |
| US District Court for the Northern District of Illinois | 6/1/2005 |
| US Court of Appeals for the Seventh Circuit | 4/29/2005 |
| US Court of Appeals for the Eighth Circuit | 6/14/2010 |
| US Court of Appeals for the Ninth Circuit | 12/2019 |

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 4/18/2007,

## *Jeremy Alexander Root*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 30th day of March, 2022.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA )
) ss.
WESTERN DISTRICT OF MISSOURI )



I, Paige Wymore-Wynn, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Jeremy A. Root was duly admitted to practice in said Court on October 27, 2008.

Jeremy A. Root is currently an active member and has not been disciplined by this Court.

Dated at Jefferson City, Missouri  *Paige Wymore-Wynn*
on March 29, 2022  Paige Wymore-Wynn, Acting Clerk

By  *Crystal Berner*
Crystal Berner, Deputy Clerk