IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>    Defendant. | No. 1:22-cv-01031-STA-jay |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

Before the Court is counsel Todd Noteboom's Motion for Admission Pro Hac Vice (ECF No. 186) filed on April 12, 2022. According to the Motion, counsel is a member in good standing of the bar in the United States District Court for the District of Minnesota as well as the Supreme Court of Minnesota. Counsel has attached a certificate of good standing from each court. Having satisfied the requirements for special admission, the Motion is **GRANTED**. Attorney Todd Noteboom is admitted pro hac vice as counsel for Defendant in this matter.

    **IT IS SO ORDERED.**

                                                        s/ S. Thomas Anderson
                                                        S. THOMAS ANDERSON
                                                        CHIEF UNITED STATES DISTRICT JUDGE

                                                        Date: April 13, 2022