# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of himself and all others similarly situated, <br> *Plaintiff* <br> v. <br> STATE FARM LIFE INSURANCE COMPANY <br> *Defendant* | Case No. 1:22-CV-01031-STA-jay |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:
JOHN BAKER MCCLANAHAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF MELISSA BUCHANAN, on behalf of himself and all others similarly situated.

Date: 04/21/2022

/s/ Craig D. Justus
*Attorney's signature*

Craig D. Justus TN Bar # 032535
*Printed name and bar number*

VAN WINKLE LAW FIRM
11 North Market Street
Asheville, NC 28801
*Address*

cjustus@vwlawfirm.com
*E-mail address*

(828) 258-2991
*Telephone number*

(828) 257-2767
*FAX number*