UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**GETTYS BRYANT MILLWOOD, ET AL.,**         **JUDGMENT IN A CIVIL CASE**

    **Plaintiffs,**

**vs.**

**STATE FARM INSURANCE COMPANY**         **CASE NO: 22-1031-STA-jay**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Sealed Order Granting Defendant's Motion for Summary Judgment entered on February 7, 2023, State Farm's Motion for Summary Judgment is **GRANTED** on the statute of limitations defense.

                                              **APPROVED:**

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 2/7/2023**         Wendy R. Oliver
                                         **Clerk of Court**

                                              s/Maurice B. BRYSON

                                            **(By)   Deputy Clerk**